UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | CRIMINAL NO. 3:02CR265(AWT) |
| BOGDAN NEYMETI | : | June 24, 2005 |

MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE

The defendant respectfully moves the Court for an early termination of supervised release. The defendant was sentenced on November 21, 2002 to 14 months of incarceration for structuring money transactions. He began a three year term of supervised release on March 25, 2003. He has does not owe any money in connection with his sentence. There was no fine or restitution, and he paid his special assessment.

The defendant is nine months shy of completing his supervised release term. He is employed, and he is in compliance with the terms of his supervised release conditions. He intends to relocate from Massachusetts - where he is currently being supervised - to Florida, the state in which he formerly lived. The logistics of relocating (i.e., getting Florida's approval to accept supervision, traveling back and forth to find a place to live and a job) are significantly complicated by being on supervised release. Given that the defendant has successfully completed 3/4 of his term, the defendant respectfully asks the Court for an early termination.

The supervising probation officer in Massachusetts takes no position on this motion. The probation office in Connecticut (where jurisdiction remains) has not indicated its position.

- 2 -

          Respectfully submitted,

          The Defendant,
          Bogdan Neymeti

          Thomas G. Dennis
          Federal Defender

Dated: June 24, 2005          /s/_____
          Terence S. Ward
          Asst. Federal Defender
          10 Columbus Blvd, FL 6
          Hartford, CT 06106-1976
          Bar No. Ct00023
          (860) 493-6260
          Email: terence.ward@fd.org

## CERTIFICATION

    I HEREBY CERTIFY that a copy of the foregoing motion for early termination has been mailed to John Durham, Assistant United States Attorney, P.O. Box 1824, New Haven, CT 06508, on this 24 day of June 2005.

          /s/_____
          Terence S. Ward